CSD 1100 [03/04/13]
Name, Address, Telephone No. & I.D. No.

Lawrence R. Fieselman 81872
591 Camino De La Reina
Suite 100
San Diego, CA 92108
1-800-467-3333
81872

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Shari Mae Strong**

BANKRUPTCY NO. **13-04467**

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Petition
- ☐ Exhibit A to Voluntary Petition
- ☐ Exhibit C to Voluntary Petition
- ☐ Exhibit D - Individual Statement of Compliance with Credit Counseling
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities and Related Data
- ☒ Schedule A & B - Schedule of Real or Personal Property
- ☒ Schedule C - Schedule of Property Claimed Exempt
- ☐ Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
   - ☐ Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
   - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G - Schedule of Executory Contracts & Expired Leases
- ☐ Schedule H - Schedule of Co-Debtor
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditure of Individual Debtor(s)
- ☐ Statement of Financial Affairs
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- ☐ Statement of Current Monthly Income (Form B22B)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- ☐ Other:_____

Dated:  **June 6, 2013**              Signature   **/s/ Lawrence R. Fieselman**
                                                  Attorney for Debtor

### DECLARATION OF DEBTOR

I [We]  **Shari Mae Strong**  and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated:  **June 6, 2013**       **/s/ Shari Mae Strong**
                                Debtor                                              Joint Debtor

CSD 1100                                                                 REFER TO INSTRUCTIONS ON REVERSE SIDE

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

CSD 1100 (Page 2) [03/04/13]

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, if a Chapter 7, 11, or 12 case, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. If a Chapter 13 case, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

---

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **June 6, 2013**, I served a true copy of the within AMENDMENT by **electronic notice on PACER**

on the following persons [set forth name and address of each person served] and/or as checked below:

☒ Chpt. 7 Trustee: **Ronald Stadtmueller, ronstadtmueller@aol.com**

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **June 6, 2013**
(Date)

/s/ Jorgette Garcia
Lawrence R. Fieselman 81872
Golden State Law Group
591 Camino De La Reina
Suite 100
San Diego, CA 92108
Address

CSD 1100

B6B (Official Form 6B) (12/07) - Cont.

In re  **Shari Mae Strong**                                              Case No.  **13-04467**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | Real Estate Sales - in Escrow are 1 Short Sale  *Changed amount* | - | 9,097.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

|  | Sub-Total > (Total of this page) | 9,097.00 |
|---|---|---|

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re  **Shari Mae Strong**                                   Case No.  **13-04467**
                             Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Savings Account Goodyear Credit Union  *added* | C.C.P. § 703.140(b)(5) | 61.00 | 61.00 |
| Checking Account SDCCU  *added* | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Savings Account SDCCU  *added* | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| Business Checking Account SDCCU  *added* | C.C.P. § 703.140(b)(5) | 60.00 | 60.00 |
| Business Savings Account SDCCU  *added* | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| Checking Account for Rental Property - Palm SDCCU  *added* | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Savings Account for Rental Property - Palm SDCCU  *added* | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| Checking Account for Rental Property - Tulare SDCCU  *added* | C.C.P. § 703.140(b)(5) | 130.00 | 130.00 |
| Savings Account for Rental Property - Tulare SDCCU  *added* | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| **Accounts Receivable** | | | |
| Real Estate Sales - in Escrow are 1 Short Sale  *changed amount* | C.C.P. § 703.140(b)(5) | 9,097.00 | 9,097.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Eviction Judgments Uncollectable  *changed amount* | C.C.P. § 703.140(b)(5) | 1,803.25 | 5,000.00 |

|  |  | Total: | 11,355.25 | 14,552.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy